UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ELIZABETH MCKAY | ) ) ) ) ) ) ) ) | BK No.: 14-27874<br><br>Chapter: 13<br>Honorable Deborah L. Thorne |
| Debtor(s) | ) | |

## ORDER VACATING PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order to Pay Funds to the Trustee, directed towards Health Care Service Corp., Docket #13, is vacated.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 04, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090